**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CONTINENTAL RESOURCES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-463-J |
| | ) |
| MOUNTAIN STATES PRESSURE SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Plaintiff moves to admit Neil Issar [Doc No. 3], Greg Van Houten [Doc. No. 4], and Reese Letourneau [Doc. No. 5] pro hac vice. For good cause shown, the motions are GRANTED and Neil Issar, Greg Van Houten, and Reese Letourneau are admitted to practice before this Court for the limited purpose of participating in the case, provided they each file an entry of appearance consistent with LCvR 83.4. The attorneys should familiarize themselves with this District's Local Rules and this Court's Chamber Rules.

IT IS SO ORDERED this 8th day of May, 2024.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE