IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CONTINENTAL RESOURCES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: CIV-24-463-J |
| ) | |
| MOUNTAIN STATES PRESSURE ) | |
| SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF CONTINENTAL RESOURCES, INC.'S
NOTICE OF SUBPOENA OF HANOVER INSURANCE COMPANY**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, Plaintiff Continental Resources, Inc. ("Continental"), by and through its undersigned counsel, intends to serve a Subpoena to Produce Documents, Information, or Objects in a Civil Action, in the form attached hereto as Exhibit 1, on Hanover Insurance Company.

\*   \*   \*

Dated: July 12, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Brooks A. Richardson* | */s/ Greg Van Houten* |
| Brooks A. Richardson, OBA No. 18133 | Greg Van Houten* |
| John (Jake) M. Krattiger, OBA No. 30617 | District of Columbia Bar No. 1032731 |
| GABLEGOTWALS | HAYNES AND BOONE, LLP |
| BOK Park Plaza | 800 17th Street NW, Suite 500 |
| 499 West Sheridan, Suite 2200 | Washington, DC 20006 |
| Oklahoma City, OK 73102 | Tel: 202-654-4500 |
| Tel: 405-235-5500 | Fax: 202-654-4256 |
| Fax: 405-235-2875 | greg.vanhouten@haynesboone.com |
| brichardson@gablelaw.com | |
| jkrattiger@gablelaw.com | Neil Issar* |
| | Texas Bar No. 24102704 |
| | Reese Letourneau* |
| | Texas Bar No. 24137622 |
| | HAYNES AND BOONE, LLP |
| | 2801 N. Harwood Street, Suite 2300 |
| | Dallas, TX 75201 |
| | Tel: 214-651-5000 |
| | Fax: 214-200-0638 |
| | neil.issar@haynesboone.com |
| | reese.letourneau@haynesboone.com |
| | |
| | *Admitted pro hac vice* |
| | |
| | **ATTORNEYS FOR PLAINTIFF** |
| | **CONTINENTAL RESOURCES, INC.** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants, who are attorneys of record for Defendant Mountain States Pressure Service, Inc.:

    Trevor L. Hughes, OBA No. 21229
    Jason L. Callaway, OBA No. 31958
    JOHNSON & JONES, P.C.
    6120 S. Yale, Suite 500
    Tulsa, Oklahoma 74136
    Telephone: (918) 584-6644
    Fax: (888) 789-0940
    thughes@johnson-jones.com
    jcallaway@johnson-jones.com

    */s/ Greg Van Houten*
    Greg Van Houten