**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CONTINENTAL RESOURCES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-463-J |
| | ) |
| MOUNTAIN STATES PRESSURE SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Currently pending is Plaintiff's unopposed motion to file a third amended complaint. [Doc. No. 43]. For good cause shown, the motion is GRANTED. Plaintiff shall file the third amended complaint no later than August 27, 2024.

IT IS SO ORDERED this 23rd day of August, 2024.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE