### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CONTINENTAL RESOURCES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. CIV-24-463-J |
| MOUNTAIN STATES PRESSURE ) | |
| SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

### JOINT ADR REPORT AND NOTICE OF SETTLEMENT

Plaintiff Continental Resources, Inc. ("Continental") and Defendant Mountain States Pressure Service, Inc. ("MSPSI") (together, the "Parties") jointly write to inform the Court that they engaged in a private mediation process and, today, on January 6, 2025, reached a settlement-in-principle that the parties anticipate will result in the ultimate dismissal of this case. Specifically, on December 13, 2024, the parties participated in a hybrid mediation with Mr. James L. Gibbs, II. The parties continued to work with Mr. Gibbs after the mediation. Today, and as a result of that work, the parties reached a settlement-in-principle. The parties are now drafting a formal settlement agreement, which will provide for, among other things, the dismissal of this case.

The next Court-ordered deadlines in this case are set for February 1, 2025 (*Daubert* motions and summary judgment motions). *See* ECF No. 51. The Parties are optimistic that they will be able to execute a formal settlement agreement, and dismiss this case, in advance of that deadline. If they are not, due to the complexity of drafting the settlement

agreement or otherwise, then the Parties may request that the Court extend the current deadlines in the Scheduling Order to allow them further time to execute the agreement.

*     *     *

Respectfully submitted this 6th day of January, 2025.

| | |
|---|---|
| /s/ *Greg Van Houten* | /s/ *Trevor Hughes* |
| Counsel for Plaintiff | Counsel for Defendant |

Greg Van Houten*
District of Columbia Bar No. 1032731
HAYNES AND BOONE, LLP
800 17th Street NW, Suite 500
Washington, DC 20006
Tel: 202-654-4500
Fax: 202-654-4256
greg.vanhouten@haynesboone.com
*Admitted pro hac vice*

-and-

Neil Issar*
Texas State Bar No. 24102704
Storm Lineberger*
Texas State Bar No. 24122681
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
Tel: 214-651-5000
neil.issar@haynesboone.com
storm.lineberger@haynesboone.com
*Admitted pro hac vice*

-and-

John (Jake) M. Krattiger
GABLEGOTWALS
BOK Park Plaza
499 West Sheridan, Suite 2200
Oklahoma City, OK 73102
Tel: 405-235-5500
Fax: 405-235-2875
jkrattiger@gablelaw.com

**ATTORNEYS FOR PLAINTIFF CONTINENTAL RESOURCES, INC.**

Trevor L. Hughes, OBA No. 21229
Jason L. Callaway, OBA No. 31958
JOHNSON & JONES, P.C.
6120 S. Yale, Suite 500
Tulsa, Oklahoma 74136
Telephone: (918) 584-6644
Fax: (888) 789-0940
thughes@johnson-jones.com
jcallaway@johnson-jones.com

**ATTORNEYS FOR DEFENDANT MOUNTAIN STATES PRESSURE SERVICE, INC.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 6, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants, who are attorneys of record for Defendant Mountain States Pressure Service, Inc.:

    Trevor L. Hughes, OBA No. 21229
    Jason L. Callaway, OBA No. 31958
    JOHNSON & JONES, P.C.
    6120 S. Yale, Suite 500
    Tulsa, Oklahoma 74136
    Telephone: (918) 584-6644
    Fax: (888) 789-0940
    thughes@johnson-jones.com
    jcallaway@johnson-jones.com

                                                       */s/ Greg Van Houten*
                                                          Greg Van Houten